# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VINCENT RAMONE, et al., | Case No.: 1:17-cv-0825 - DAD - JLT |
| Plaintiffs, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED SEPTEMBER 22, 2017 (Doc. 5) |
| v. | ORDER SETTING THE SCHEDULING CONFERENCE FOR DECEMBER 12, 2017 |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

Raymond Vincent Ramone and Rita Yvonne Ramone initiated this action by filing a complaint on June 20, 2017. (Doc. 1) On September 22, 2017, the Court ordered Plaintiffs to show cause why the action should not be dismissed for failure to prosecute and vacated the scheduling conference. (Doc. 5) In the alternative, Plaintiffs were ordered to file proofs of service indicating the defendants have been served with the summons and complaint in this action. (*Id.* at 2) On September 25, 2017, Plaintiffs responded to the Courts order by filing proofs of service, which indicated both the defendants have been served. (Docs. 6-7) However, the defendants have not yet appeared or filed responsive documents. Accordingly, the Court **ORDERS**:

1. The Order to Show Cause dated September 22, 2017 (Doc. 5) is **DISCHARGED**;
2. The Mandatory Scheduling Conference is SET for **December 12, 2017 at 8:45 a.m**. before the Honorable Jennifer L. Thurston, Magistrate Judge; and

1

3. The parties are referred to the Court's prior Order Setting the Mandatory Scheduling Conference dated June 21, 2017 (Doc. 3), regarding their obligations to meet and confer prior to the conference and file a Joint Scheduling Report.

IT IS SO ORDERED.

Dated: **September 29, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE