# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RAYMOND VINCENT RAMONE, et al., | 1:17-cv-00825-DAD-JLT |
|---|---|
| Plaintiffs, | NEW CASE NUMBER: |
| v. | **1:17-cv-00825-JLT** |
| UNITED STATES OF AMERICA, | **ORDER REASSIGNING CASE AND VACATING SETTLEMENT CONFERENCE** |
| Defendant. | |

All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. §636(c)(1). (Doc. Nos. 16, 17.) Accordingly, the court **ORDERS:**

1. This case is **REASSIGNED** to Jennifer L. Thurston, Magistrate Judge, for all future proceedings and **RENUMBERED** as 1:17-cv-00825-JLT. The parties shall use this number in all future filings;

2. The settlement conference set on January 10, 2019 is **VACATED** and will be re-set upon the filing of a joint request of the parties.

IT IS SO ORDERED.

Dated: **February 22, 2018**

UNITED STATES DISTRICT JUDGE

1