McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VINCENT RAMONE and RITA YVONNE RAMONE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | 1:17-cv-00825-JLT<br><br>**STIPULATION TO ADVANCE HEARING ON MOTION TO LIMIT DAMAGES TO ADMINISTRATIVE CLAIM AMOUNT; [PROPOSED] ORDER**<br><br>DATE: July 19, 2019<br>TIME: 9:30 a.m.<br>DEPT.: Bakersfield<br>Magistrate Judge Jennifer L. Thurston |

The United States ("Defendant") and Raymond Vincent Ramone and Rita Yvonne Ramone ("Plaintiffs"), stipulate, by and through their undersigned counsel, to continue the hearing on the United States' motion to limit damages to administrative claim amount set for July 19, 2019 at 9:30 a.m. to July 12, 2019 at 9:30 a.m. The parties base this stipulation on good cause as counsel for Defendant United States will be unavailable. The proposed date has been cleared with the court. The Court has indicated that the pre-trial conference, also set for July 19, 2019, will be taken under

///
///
///
///
///

submission and decided upon the joint pretrial statement and need not be rescheduled. The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: July 8, 2019   McGREGOR W. SCOTT
United States Attorney

By:   /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

Dated: July 8, 2019   YOUNG WOOLDRIDGE, LLP

By:   /s/Greg A. Muir
GREG A. MUIR
Attorneys for Plaintiffs

## ORDER

Having reviewed the stipulation submitted by the parties, the court advances the hearing on the United States' Motion to Limit Damages to Administrative Claim Amount from July 19, 2019, to July 12, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **July 8, 2019**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE