# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VINCENT RAMONE, et al., | Case No.: 1:17-cv-00825 - JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF ACCEPTANCE OF RULE 68 OFFER |
| v. | (Doc. 41) |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

The plaintiffs have notified the Court that the plaintiffs have accepted the defendant's Fed.R.Civ.P. 68 offer of judgment. (Doc. 41; Doc. 41-1) The plaintiffs have filed the Rule 68 offer and the signed acceptances. (Doc. 41-1; Doc. 41-2) Thus, the Court ORDERS:

1. Judgment is entered in favor of the plaintiffs and against the defendant pursuant to the accepted Rule 68 offer;

2. All other dates, including the trial and pretrial conference, are VACATED;

3. Based upon the entry of judgment, the action is CLOSED.

IT IS SO ORDERED.

Dated: **August 1, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE